IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GOSS INTERNATIONAL AMERICAS, INC., | ) ) ) | |
| | ) | Case No. 07-3567 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | Magistrate Judge Valdez |
| ALL PRESS PARTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Goss International Americas, Inc. ("Goss"), and defendant, All

Press Parts, Inc. ("All Press"), by their respective attorneys, hereby stipulate, pursuant to

Fed.R.Civ.P. 41(a), that this action shall be, and hereby is, dismissed with prejudice, each of

Goss and All Press to bear its own costs and attorneys' fees.

AGREED:

GOSS INTERNATIONAL AMERICAS,        ALL PRESS PARTS, INC.
INC.


 s/ Nicholas A. Gowen                         s/ Evan D. Brown
Steven A. Weiss                          Alan R. Lipton
Kenneth E. Kraus                         Evan D. Brown
Nicholas A. Gowen                        Hinshaw & Culbertson LLP
Schopf & Weiss LLP                       222 N. LaSalle Street, Suite 300
One South Wacker Drive, 28th floor       Chicago, Illinois  60601
Chicago, Illinois 60606                  (312) 704-3757
(312) 701-9300

Dated: June 11, 2008                     Dated: June 11, 2008


182248